UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RAFAEL ROSA, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00548-JMS-MJD |
| | ) |
| CENTURION HEALTH OF INDIANA, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**

On April 23, 2024, the Undersigned entered an Order that read as follows:

> More than ninety days have passed since this case was filed and Plaintiff has not yet served Defendants Dennis Meyer and Anonymous Healthcare Provider 12. **Within 28 days of the date of this Order**, Plaintiff shall either serve these Defendants and file returns of service demonstrating that he has done so or **SHOW CAUSE**, in writing, why those Defendants should not be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

[Dkt. 31.] Plaintiff has not filed any response to the Order and has not filed a return of service with regard to either Defendant Dennis Meyer or Defendant Anonymous Healthcare Provider 12. Accordingly, the Undersigned **RECOMMENDS** that Defendants Dennis Meyer and Anonymous Healthcare Provider 12 be **DISMISSED**, **without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).**

Any objections to this Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file

objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

    SO ORDERED.

Dated: 28 MAY 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.