UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RAFAEL ROSA, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-00548-JMS-MJD |
| ) | |
| CENTURION HEALTH OF INDIANA, LLC, ) | |
| WHITNEY MOORE DDS, ) | |
| SAMUEL J. BYRD M.D., ) | |
| KELLY J. GREEN LPN, ) | |
| BARBARA J. RIGGS RN, ) | |
| LESA WOLFE LPN, ) | |
| LEE A. MURRAY RN, ) | |
| THERESA AULER RN, ) | |
| GEOFFREY SEIDLE DDS, ) | |
| DENNIS MEYER DDS, ) | |
| ROB CARTER Commissioner, ) | |
| FRANK VANIHEL, ) | |
| KEVIN GILMORE, ) | |
| KEITH VINARDI, ) | |
| INDIANA DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

**ORDER DISMISSING ACTION**

Magistrate Judge Dinsmore recommended that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff Rafael Rosa's repeated failure to comply with the Court's orders. Dkt. 54. Specifically, Magistrate Judge Dinsmore recommended that the case be dismissed based on the following: (1) Mr. Rosa failed to maintain regular communication with his recruited counsel, causing them to seek withdrawal from the case; (2) Mr. Rosa failed to appear at a hearing to discuss his counsel's motion to withdraw; and (3) Mr. Rosa failed to appear at a hearing to show cause why he should not be sanctioned for his previous failure


to appear. There has not been any objection to the report and recommendation or any motion to substitute.

The Court **adopts** Magistrate Judge Dinsmore's report and recommendation, dkt. [54], in whole. *See Cartwright v. Silver Cross Hospital*, 962 F.3d 933, 936 (7th Cir. 2020) (affirming dismissal of case as a sanction after plaintiff had repeatedly refused to engage with recruited counsel and demonstrated other contumacious conduct). This action is **dismissed with prejudice** pursuant to Rule 41(b). The **clerk is directed** to enter final judgment consistent with this order.

**IT IS SO ORDERED.**

Date: 9/4/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

RAFAEL ROSA, III
257262
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

Jeb Adam Crandall
BLEEKE DILLON CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com

Sean Thomas Devenney
DREWRY SIMMONS VORNEHM, LLP (Carmel)
sdevenney@dsvlaw.com

Jonathan Freije
Office of Indiana Attorney General
jonathan.freije@atg.in.gov

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

Melanie A. Kalmbach
DREWRY SIMMONS VORNEHM, LLP (Carmel)
mkalmbach@dsvlaw.com

Travis W. Montgomery
Bleeke Dillon Crandall, P.C.
travis@bleekedilloncrandall.com